**No. 61369.**—Lep Transport, Inc. *v.* United States, protest 295698–K (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.

**No. 61370.**—Colvin Laboratories, Inc. *v.* United States, protest 296248–K (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.

**No. 61371.**—Gematex Corporation *v.* United States, protest 296834–K (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.

**No. 61372.**—S. C. Amren *v.* United States, protest 298060–K (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.

**No. 61373.**—The Florn Company *v.* United States, protest 301023–K (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.

**No. 61374.**—Frank P. Dow Co., Inc., of L. A. *v.* United States, protest 304748–K (Los Angeles).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.

(Note: The following protests were decided by a special second division, consisting of RAO, FORD, and OLIVER, Judges.)